UST-32, 3/03

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| NEIDIG, BRIAN J. | ) | Case No. 09-31190-PHX RTB |
| NEIDIG, DONNA M. | ) | |
| | ) | APPLICATION FOR ORDER FOR |
| | ) | PAYMENT OF UNCLAIMED FUNDS |
| Debtor(s). | ) | TO THE U.S. BANKRUPTCY COURT |
| | ) | |

DALE D ULRICH, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 115 | 12/29/2010 | AtoZ Tire and Battery, Inc.<br>4380 W Lower Buckeye Road<br>Phoenix, AZ   85043 | $60.45 |

The Trustee asks that an order be entered pursuant to §347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $ 60.45 to the Clerk of the Court to be deposited in the Registry thereof.

| | |
|---|---|
| March 30, 2011 | /s/ DALE D ULRICH |
| DATE | DALE D ULRICH, TRUSTEE |